**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GENWORTH LIFE INSURANCE COMPANY,** | ) ) ) | **4:24-cv-04043** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **GENWORTH LIFE INSURANCE COMPANY'S** |
| **MARIJO KENT; BRIAN KENT; BRAD KENT; JENNIFER KENT; KEVIN KENT; ANGELA KENT; and JASON KENT,** | ) ) ) ) ) | **FED. R. CIV. P. 7.1 and L.R. 7.1.1 DISCLOSURE STATEMENT** |
| **Defendants.** | ) ) | |

Plaintiff Genworth Life Insurance Company ("Genworth"), by its attorneys, Justin G. Smith and Jacquelyn A. Bouwman of Woods, Fuller, Shultz & Smith P.C., pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1.1, states as follows:

1.     Genworth Life Insurance Company is wholly owned by Genworth North America Corporation, which is wholly owned by Genworth Holdings, Inc., which is wholly owned by Genworth Financial, Inc., a publicly traded company.

2.     Genworth Life Insurance Company is an insurance company duly organized and existing under the laws of Delaware, with its principal place of business located in Virginia, and is a citizen of the Commonwealth of Virginia and the State of Delaware pursuant to 28 U.S.C. § 1332(c)(1), and not the states of Arizona, South Dakota, Kentucky, or Florida.

Dated this 11th day of March, 2024.

WOODS, FULLER, SHULTZ & SMITH, P.C.

By  */s/ Jacquelyn A. Bouwman*
    Justin G. Smith
    Jacquelyn A. Bouwman
    P.O. Box 5027
    300 South Phillips Avenue, Suite 300
    Sioux Falls, SD 57117-5027
    Phone (605) 336-3890
    Fax (605) 339-3357
    Justin.Smith@woodsfuller.com
    Jacquelyn.Bouwman@woodsfuller.com
    *Attorneys for Plaintiffs*